EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Alejandro Delgado Vigier | 2016 TSPR 85<br><br>195 DPR \_\_\_\_ |

Número del Caso: TS-14,913

Fecha: 3 de mayo de 2016

Programa de Educación Jurídica Continua:

Lcda. Geisa M. Marrero Martínez
Directora Ejecutiva

Abogado del Querellado:

Por Derecho Propio

Materia: Conducta Profesional – La suspensión de la abogacía y notaría será efectiva el 18 de mayo de 2016, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alejandro Delgado Vigier    TS-14,913

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de mayo de 2016.

El Lcdo. Alejandro Delgado Vigier fue admitido al ejercicio de la abogacía el 26 de enero de 2004 y prestó juramento para ejercer la notaría el 27 de mayo de 2004. El 6 de noviembre de 2015 la Directora del Programa de Educación Jurídica Continua (PEJC), Lcda. Geisa M. Marrero Martínez, presentó un *Informe Sobre Incumplimiento con Requisito de Educación Jurídica Continua* (Informe) en el que señaló que el licenciado Delgado Vigier no había cumplido con los requisitos del PEJC durante los periodos siguientes: 1 de septiembre de 2009 al 31 de agosto de 2011, y 1 de septiembre 2011 al 31 de agosto de 2013.

Evaluado el Informe presentado por la Directora del PEJC, el 30 de noviembre de 2015 este Tribunal emitió una Resolución mediante la cual se le concedió al licenciado Delgado Vigier un término de veinte (20) días para que compareciera y mostrara causa por la cual no debía ser suspendido del ejercicio de la abogacía debido a su incumplimiento con los requisitos del PEJC y por no comparecer ante el PEJC cuando le fue requerido.

Transcurrido el mencionado término sin que el licenciado Delgado Vigier haya comparecido ante nos, se ordena la suspensión inmediata e indefinida del ejercicio de la abogacía y la notaría del licenciado Delgado Vigier en nuestra jurisdicción. Ello debido a su reiterado incumplimiento con los requisitos del PEJC. En caso de que el licenciado Delgado Vigier esté representando a clientes ante nuestros tribunales en la actualidad, se le impone el deber de notificar a estos sobre su inhabilidad de continuar representándolos, devolverle los honorarios por trabajos no realizados e informar oportunamente de su suspensión a cualquier foro judicial y administrativo en el

que tenga un caso pendiente. Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior en un término de treinta (30) días contados a partir de la notificación de la presente Resolución.

El Alguacil de este Tribunal procederá a incautarse de la obra y sello notarial del notario suspendido, debiendo entregar los mismos al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo